No. 83–101.   IOWANS FOR TAX RELIEF ET AL. *v.* CAMPAIGN
FINANCE DISCLOSURE COMMISSION ET AL.   Appeal from Sup. Ct.
Iowa dismissed for want of substantial federal question. ██

No. 83–303.   MANIATES *v.* CITY OF LYNCHBURG ET AL.   Appeal from Sup. Ct. Va. dismissed for want of substantial federal
question.

No. 83–5253.   OSTROWSKI *v.* CITY OF JOLIET, ILLINOIS.   Appeal from Sup. Ct. Ill. dismissed for want of substantial federal
question.

No. 82–1739.   FUNDACION EDUCATIVA ANA G. MENDEZ ET AL.
*v.* SUAREZ ET AL.   Sup. Ct. P. R.   Motion of respondents Berta
Gallego et al. for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further
consideration in light of *Operating Engineers* v. *Jones,* 460 U. S.
669 (1983).   Reported below: —— P. R. R. ——.

No. —— ——.   P STONE, INC. *v.* KOPPERS CO., INC., ET AL.
Motion to direct the Clerk to file the petition for writ of certiorari
out of time denied.